# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*  
IRA A. STURM****  
ARI D. GANCHROW**  

MAURA E. BREEN***  
SAMUEL R. BLOOM*****  

\* ADMITTED IN NY  
\*\*ADMITTED IN NY AND NJ  
\*\*\*ADMITTED IN NY AND CT  
\*\*\*\*ADMITTED IN NY AND FLA  
\*\*\*\*\*ADMITTED IN NY, NJ AND MD  

*Having been advised that Plaintiffs withdraw their Motion for Sanctions without prejudice, the Clerk of Court is directed to terminate ECF No. 58. SO ORDERED.*

*/s/ Jesse M. Furman*

*January 29, 2020*

January 27, 2020

**VIA ECF ELECTRONIC FILING**

Hon. Jesse M. Furman, U.S.D.J.
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

      Re: **Building Service 32BJ Health Fund, et al. v. Red Coats Inc.,**
            **Civil Action No. 18-cv-2280**

Dear Judge Furman:

    Our firm is counsel for the Building Service 32BJ Benefit Funds (the "Funds"). Regarding the Funds' Motion for Sanctions, the Motion relates to documentation that was not provided by Defendant Red Coats, Inc. ("Red Coats"). With one possible exception, the Funds' Auditing Firm appears to now have all documents needed for the payroll audit. The one possible exception is the cash disbursements journal. Red Coats provided a journal to the Auditing Firm on Friday, January 24, 2020. The Auditing Firm asked for a more detailed version of this journal today, January 27, 2020, and Red Coats is working with the Funds to provide these details. Given that this final issue appears close to resolution, the Funds withdraw the Motion for Sanctions without prejudice.

    Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

                                       Respectfully submitted,

                                       */s/ Samuel R. Bloom*
                                       Samuel Bloom

cc:     Matthew T. Clark, Esq. (via electronic mail)