UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BUILDING SERVICE 32BJ HEALTH FUND et al., :
:
                 Plaintiffs, : 18-CV-2280 (JMF)
:
      -v- : ORDER
:
RED COATS, INC., :
:
                 Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff's Second Motion for Sanctions is hereby GRANTED as unopposed. See ECF No. 69. Defendant shall disclose the "complete . . . general ledger/case disbursements journal" for the relevant time period (January 1, 2016, to December 31, 2016) no later than **March 18, 2020**. Failure to do so will result in a fine of $100 per day until Defendant complies, to be payable to the Clerk of Court. The Clerk of Court is directed to terminate ECF No. 65.

      SO ORDERED.

Dated: March 13, 2020
       New York, New York

                                                 JESSE M. FURMAN
                                                 United States District Judge